**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLID OAK SKETCHES, LLC, | CASE NO. 1:16-cv-724(LTS)(RLE) |
| Plaintiff, | ECF Case |
| v. | **NOTICE OF APPEARANCE** |
| VISUAL CONCEPTS, LLC; 2K GAMES, INC.; TAKE-TWO INTERACTIVE SOFTWARE, INC., | |
| Defendants. | |

To:     The clerk of this court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in this case as counsel

for: Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc.

Dated:  New York, New York
         March 2, 2016

*/s/ Dale Cendali*

Dale Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com

*Attorney for Defendants*