UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 16-cv-00724

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-6-2016
```

SOLID OAK SKETCHES, LLC,
a Delaware limited liability
company,

          Plaintiff,

v.

VISUAL CONCEPTS, LLC,
a California limited liability company, and
2K GAMES, INC,
a Delaware corporation, and
TAKE-TWO INTERACTIVE
SOFTWARE, INC,
a Delaware corporation,

          Defendants.

*The within, unopposed motion is granted. Plaintiff is directed to file the amended complaint within 7 days. DE #21 resolved.*

**SO ORDERED:**

/s/ Laura Taylor Swain  4/6/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD PARTIES**

Plaintiff SOLID OAK SKETCHES, LLC hereby moves this honorable Court for leave to amend its Complaint pursuant to Fed. R. Civ. Proc. 15(a)(2) and Fed. R. Civ. Proc. 20 to add Visual Concepts, Inc. as defendant to this action. In support of this motion, plaintiff states as follows:

1. This lawsuit was filed on or around February 1, 2016. At the time this original suit was filed, Plaintiff named Visual Concepts, LLC as a defendant.

2. Since the filing of the original complaint Plaintiff has determined that the correct defendant is Visual Concepts, Inc. The complaint has been amended to reflect Visual Concepts, Inc.

3. Fed. R. Civ. P. 15(a) provides that leave to amend should "be freely given when justice so requires." In this case, Visual Concepts, Inc. involvement is based on the same claims and factual bases of the original complaint.

WHEREFORE, in the interests of justice, Plaintiff respectfully requests that this Court grant its Motion for Leave to Amend Complaint to Add Proper Parties and direct the clerk to file the attached amended complaint.

March 15, 2016                                                               Respectfully submitted.

By: /s/ Matthew M. Spritz
Matthew M. Spritz, Esq. (MS 9212)
32 SE 2nd Ave., #629
Delray Beach, FL 33444
mspritz@gmail.com

**HEITNER LEGAL, P.L.L.C**
*Attorney for Plaintiff*
1736 NE 7th Street
Fort Lauderdale, FL 33304
Phone: 954-558-6999
Fax: 954-927-3333

By:

DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com