UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOLID OAK SKETCHES, LLC,
a Delaware limited liability
company,

          Plaintiff,

v.

VISUAL CONCEPTS, LLC,
a California limited liability company, and
2K GAMES, INC,
a Delaware corporation, and
TAKE-TWO INTERACTIVE
SOFTWARE, INC,
a Delaware corporation,

          Defendants.

CASE NO. 16-cv-00724

## NOTICE OF WITHDRAWAL AS ATTORNEY FOR PLAINTIFF

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Matt Spritz, Esq., hereby withdraws as counsel for Plaintiff, SOLID OAK SKETCHES, LLC. Attorney Darren A. Heitner, Esq., of Heitner Legal, P.L.L.C., admitted *pro hac vice* on April 6, 2016, shall remain as counsel on behalf of Plaintiff.

May 2, 2016,

Respectfully submitted,

By: /s/ Matthew M. Spritz
Matthew M. Spritz, Esq. (MS 9212)
32 SE 2nd Ave., #629
Delray Beach, FL 33444
mspritz@gmail.com

**HEITNER LEGAL, P.L.L.C**
*Attorney for Plaintiff*
1736 NE 7th Street
Fort Lauderdale, FL 33304

Phone: 954-558-6999<br>Fax: 954-927-3333

By: /s/ Darren A. Heitner
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: dale.cendali@kirkland.com; emma.raviv@kirkland.com; and joshua.simmons@kirkland.com.

By: /s/ Darren A. Heitner
DARREN A. HEITNER
Florida Bar No. 85956
Darren@heitnerlegal.com