# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

October 5, 2016

**Via ECF and Facsimile**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Facsimile: (212) 805-0426

Re: *Solid Oak Sketches, LLC v. 2K Games, Inc.*,
No. 16 Civ. 724 (LTS) (RLE)

Dear Judge Swain:

We represent Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On May 2, 2016, this Court entered an Initial Conference Order (Dkt. No. 34), which set a pre-trial conference for June 24, 2016 as well as other associated deadlines. As Take-Two filed a motion to dismiss certain claims for relief from the Complaint, the parties requested and, on May 4, 2016, this Court agreed to adjourn the pre-trial conference until after Take-Two's motion was decided. Memo Endorsement (Dkt. No. 39).

On August 16, 2016, after this Court decided Take-Two's motion, Take-Two filed an Answer with Counterclaims. Answer (Dkt. No. 47). On September 2, 2016, Solid Oak filed a motion to dismiss Take-Two's Counterclaims, which has been briefed and is pending before the Court. Pl.'s Mot. (Dkt. No. 48). We jointly write with counsel for Solid Oak to respectfully request a stay of discovery until the pleadings are closed and the parties' initial motions regarding the pleadings are resolved. No prior requests to stay discovery have been requested by the parties.

Sincerely,

Dale M. Cendali, P.C.

cc: Counsel of record (via ECF)