

# HEITNER LEGAL

Darren A. Heitner, Esq.
HEITNER LEGAL, P.L.L.C.
1736 NE 7th Street
Fort Lauderdale, FL 33304
Tel. 954.558.6999
darren@heitnerlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 3-9-2017

March 7, 2017

**MEMO ENDORSED**

**_VIA ECF & FIRST CLASS MAIL_**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Attn: The Honorable Judge Laura Taylor Swain

RE: _1:16-cv-00724(LTS)(RLE); Solid Oak Sketches, LLC v. Visual Concepts, LLC et al._

Dear Judge Swain,

    I am contacting you on behalf of the Plaintiff, Solid Oak Sketches, LLC, in regards to the above referenced case. On February 23, 2017, I had to opportunity to consult with the opposing counsel, Joshua Simmons, about this case—more specifically, the three (3) counterclaims filed by the Defendants Take-Two Interactive Software Inc. and 2K Games, Inc. The Plaintiff filed a Motion to Dismiss the Counterclaims, on September 2, 2016, and as your Honor may be aware, the Court has yet to adjudicate the Motion.

    With that in mind, the Plaintiff, in good faith, is asking for guidance on when the Court may rule on the Motion to Dismiss the Defendants' Counterclaims. Pursuant to Rule A(1)(b) of your Honors Individual Rules, the Plaintiff made an effort to obtain the opposing counsel's consent in regards to this letter; however, the Defendants' counsel did not consent. Thank you for your consideration, and feel free to contact me with any questions.

*The Motion remains under advisement and the parties will be informed when a decision has been rendered.*

Respectfully,

DARREN A. HEITNER, ESQ.
_Attorney for Plaintiff_
Heitner Legal, P.L.L.C.
Florida Bar No.: 85956
Darren@heitnerlegal.com

**SO ORDERED:**
3/9/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE