Case 1:16-cv-00724-LTS Document 66 Filed 06/19/17 Page 1 of 2

☑002/003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 6.21.17

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Dale M. Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

Facsimile:
(212) 446-4900

June 19, 2017

**Via ECF and Facsimile**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Facsimile: (212) 805-0426

**MEMO ENDORSED**

Re:  *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (RLE)

Dear Judge Swain:

We represent Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. We write to request the briefing schedule set forth below for a proposed motion for judgment on the pleadings and to strike Solid Oak's defenses to Take-Two's counterclaims.

The pleadings in this litigation have closed. Solid Oak has alleged one count of copyright infringement against Take-Two, *see* Dkt. No. 55, and Take-Two has alleged counterclaims for declaratory judgment of *de minimis* use, fair use, and fraud on the Copyright Office, *see* Dkt. No. 47. On May 26, 2017, this Court denied Solid Oak's motion to dismiss Take-Two's counterclaims, *see* Dkt. No. 64, and on June 1, 2017, Solid Oak filed its answer to those counterclaims, *see* Dkt. No. 65.

After reviewing Solid Oak's answer to Take-Two's counterclaims, it is clear that the entirety of this case can be resolved at this stage based on the doctrines of *de minimis* use and fair use. Take-Two intends to bring a motion for judgment on the pleadings on those issues, as well as to strike Solid Oak's alleged defenses to Take-Two's counterclaims. Accordingly, Take-Two respectfully requests the following briefing schedule:

- Take-Two's motion to be due 30 days from entry of the scheduling order;

- Any opposition by Solid Oak to be due 30 days from the service of Take-Two's motion; and

- Any reply by Take-Two to be due 15 days from the service of Solid Oak's opposition.

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

Hon. Laura Taylor Swain
June 19, 2017
Page 2

Take-Two has consulted with Solid Oak, and Solid Oak does not agree to Take-Two's proposed briefing schedule, instead preferring to leave the briefing schedule in the hands of the Court.

Take-Two also requests that the Court adjourn the status conference currently scheduled for June 30, 2017 at 10:15 a.m. and stay discovery pending resolution of Take-Two's motion. This is the first request to adjourn the status conference in light of Take-Two's anticipated motion. Solid Oak does not consent to this request and provided the following as the grounds for its objection: Solid Oak "wants to push this case forward. It has been stalled for way too long."

Sincerely,

Dale Cendali

Dale M. Cendali, P.C.

cc:     Counsel of record (via ECF)

The June 30, 2017, conference is adjourned to July 7, 2017, at 10:00 AM. The parties' joint preliminary pretrial statement must be filed by June 30, 2017, and may include Defendants' proposal for a briefing schedule in addition to the required information. DE # 66 resolved.

SO ORDERED:

/s/ Laura Taylor Swain  6/21/17

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE