# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, New York 10022 |  |
|---|---|---|
| Dale Cendali, P.C.<br>To Call Writer Directly:<br>(212) 446-4846<br>dale.cendali@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

September 13, 2017

**Via ECF**

Hon. Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (RLE)

Dear Judge Ellis:

    We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") in the above-referenced proceeding. Earlier today, counsel attended an oral argument before Judge John Koeltl in *Wolstenholme v. Hirst*, No. 1:16 Civ. 04385, representing the defendants. During that proceeding, Judge Koeltl directed plaintiff's counsel to submit a letter by noon tomorrow on an issue raised at the hearing. Judge Koeltl also directed defendants' counsel to submit a response to that letter by 5:30 p.m tomorrow. As there may be a break in the settlement conference as Your Honor works with each party, we respectfully request that counsel for Take-Two be permitted to bring electronic devices into tomorrow's settlement conference. These devices will not be used during the settlement proceeding. A copy of a proposed order to that effect is attached for the convenience of the Court.

Respectfully,

*/s/ Dale Cendali*

Dale Cendali, P.C.

cc:    Counsel of record (via ECF)

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.