UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SOLID OAK SKETCHES, LLC,**

    Plaintiff/Counter-Defendant,

        v.                Case No.: 16-CV-00724

**2K GAMES, INC., and
TAKE-TWO INTERACTIVE
SOFTWARE, INC.,**

    **Defendants/Counterclaimants.**
_____/

## NOTICE OF SERVING OFFER OF JUDGMENT

Plaintiff / Counter-Defendant, SOLID OAK SKETCHES, LLC, by and through undersigned counsel, hereby gives notice of serving an Offer of Judgment on Defendants / Counterclaimants, 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC. The Offer of Judgment was served on April 17, 2018.

April 17, 2018                    Respectfully submitted,

                                      HEITNER LEGAL, P.L.L.C.
                                      215 Hendricks Isle
                                      Fort Lauderdale, FL 33301
                                      Phone: 954-558-6669
                                      Fax: 954-927-3333

                            By: _/s/ Darren A. Heitner_

                                        DARREN A. HEITNER
                                      Florida Bar No. 85956
                                      Darren@heitnerlegal.com

                                       Paul S. Haberman

LAW OFFICES OF PAUL S. HABERMAN, LLC
19 Engle Street
Tenafly, New Jersey 07670
(201) 564-0590: Phone
(201) 767-2087: Fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document is being served this day on all counsel of record in a manner specified, either via transmission of Notice Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are unauthorized to receive electronic Notice of Electronic Filing.

By: _/s/ Darren A. Heitner_

DARREN A. HEITNER
Florida Bar No. 85956
Darren@heitnerlegal.com