Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Defendants-Counterclaimants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLID OAK SKETCHES, LLC, <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> 2K GAMES, INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC., <br><br> Defendants-Counterclaimants. | CASE NO. 1:16-cv-724-LTS-RLE |

**DEFENDANTS-COUNTERCLAIMANTS 2K GAMES, INC. AND
TAKE-TWO INTERACTIVE SOFTWARE, INC.'S
<u>NOTICE OF MOTION TO STAY PRE-TRIAL PROCEEDINGS</u>**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of this motion, Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") will move this Court, before the Honorable Laura Taylor Swain, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by the Court, for an order adjourning the final pre-trial conference scheduled for December 7, 2018, and staying all further proceedings set forth in the Court's Pre-Trial Scheduling Order, dated July 7, 2017, pending the Court's ruling on Take-Two's potentially case-dispositive motion for summary judgment, filed concurrently herewith.

Dated: New York, New York
August 24, 2018

*/s/ Dale M. Cendali*
Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Defendants-Counterclaimants*