# EXHIBIT A

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK