# EXHIBIT D

# PHYSICAL EXHIBIT TO BE FILED WITH THE CLERK