# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 24, 2018

**Via ECF and Facsimile**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Facsimile: (212) 805-0426

Re: *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (RLE)

Dear Judge Swain:

We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively, "Take-Two") in the above-referenced litigation. Earlier today, Take-Two moved for summary judgment (Dkt. No. 127). In support of its motion, Take-Two filed the Declaration of Jeffrey Thomas (Dkt. No. 130), which attaches as exhibits four video clips of recorded *NBA 2K* gameplay. To file the video clips, the Clerk of the Court requires an order from Your Honor. Accordingly, we respectfully seek leave from the Court to file the discs containing these clips with the Clerk as physical exhibits.

Sincerely,

Dale Cendali, P.C.

cc: Counsel of record (via ECF)

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.