UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLID OAK SKETCHES, LLC,<br><br>               Plaintiff,<br><br>- against -<br><br>2K GAMES, INC. AND TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>               Defendants. | Case No.  1:16-cv-00724(LTS)(RLE)<br><br>ECF Case<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

To:    The Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that Catie Seibel of Kirkland & Ellis LLP withdraws her appearance in this case on behalf of Defendants and should be removed from the Court's service list with respect to the above-captioned action.  Kirkland & Ellis LLP continues to serve as counsel for Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. through its attorneys Dale M. Cendali and Joshua L. Simmons and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
       November 8, 2018

                                            */s/ Catie Seibel*

                                            Catie Seibel
                                            KIRKLAND & ELLIS LLP
                                            601 Lexington Avenue
                                            New York, New York 10022
                                            Telephone: (212) 446-4800
                                            catie.seibel@kirkland.com

                                            *Withdrawing Attorney for Defendants*