# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale M. Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

March 19, 2019

**Via ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (SDA)

Dear Judge Swain:

We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On September 21, 2018, the Court granted Take-Two's motion to stay pre-trial proceedings (Dkt. 125) until the Court rules on Take-Two's pending motion for summary judgment (Dkt. 127). *See* Dkt. 145 (the "Stay Order"). Pursuant to the Stay Order, the pre-trial conference in this case was adjourned from December 7, 2018 to a control date of May 9, 2019 ("Control Date"). Accordingly, the deadline by which the parties are required to begin pre-trial discussions under the previously entered pre-trial scheduling order (Dkt. 72) was reset to March 25, 2019 (45 days prior to the Control Date). *See* Dkt. 72.

As this case remains stayed and in the interest of judicial economy, the parties respectfully request that the Control Date and all associated pre-trial deadlines be further adjourned until such time as Take-Two's summary judgment motion is decided. Pursuant to your Honor's Individual Practice I(F), Take-Two conferred with Plaintiff-Counterdefendant Solid Oak Sketches, LLC ("Solid Oak"), and Solid Oak consents to this extension. As discussed above, the date for the pre-trial conference was previously adjourned once, to the Control Date, when Your Honor entered the Stay Order.

Sincerely,

*Dale Cendali*

Dale M. Cendali, P.C.

cc: Counsel of record (via ECF)

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.