# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2019

March 19, 2019

Via ECF

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

ENDORSEMENT: Request GRANTED IN PART. The final pretrial conference before Judge Swain is adjourned to October 11, 2019 at 11:00 a.m. All other deadlines are adjourned accordingly.
SO ORDERED.
Dated: 03/20/2019

Re:   *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (SDA)

Dear Judge Swain:

We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On September 21, 2018, the Court granted Take-Two's motion to stay pre-trial proceedings (Dkt. 125) until the Court rules on Take-Two's pending motion for summary judgment (Dkt. 127). *See* Dkt. 145 (the "Stay Order"). Pursuant to the Stay Order, the pre-trial conference in this case was adjourned from December 7, 2018 to a control date of May 9, 2019 ("Control Date"). Accordingly, the deadline by which the parties are required to begin pre-trial discussions under the previously entered pre-trial scheduling order (Dkt. 72) was reset to March 25, 2019 (45 days prior to the Control Date). *See* Dkt. 72.

As this case remains stayed and in the interest of judicial economy, the parties respectfully request that the Control Date and all associated pre-trial deadlines be further adjourned until such time as Take-Two's summary judgment motion is decided. Pursuant to your Honor's Individual Practice I(F), Take-Two conferred with Plaintiff-Counterdefendant Solid Oak Sketches, LLC ("Solid Oak"), and Solid Oak consents to this extension. As discussed above, the date for the pre-trial conference was previously adjourned once, to the Control Date, when Your Honor entered the Stay Order.

Sincerely,

Dale Cendali

Dale M. Cendali, P.C.

cc:   Counsel of record (via ECF)

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.