# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 23, 2019

**Via ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (SDA)

Dear Judge Swain:

    We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On September 21, 2018, the Court granted Take-Two's motion to stay pre-trial proceedings (Dkt. 125) until the Court rules on Take-Two's pending motion for summary judgment (Dkt. 127). *See* Dkt. 145 (the "Stay Order"). Pursuant to the Stay Order, the pre-trial conference in this case was adjourned from December 7, 2018 to a control date of May 9, 2019 ("Control Date"). On March 20, 2019, the Court adjourned the pre-trial conference to October 11, 2019 and all other deadlines were adjourned accordingly. Thus, the deadline by which the parties are required to begin pre-trial discussions currently is August 27, 2019.

    As this case is still stayed and in the interest of judicial economy, the parties respectfully request that the Control Date and all associated pre-trial deadlines be further adjourned until such time as Take-Two's summary judgment motion is decided. Pursuant to your Honor's Individual Practice 1(F), Take-Two conferred with Plaintiff-Counterdefendant Solid Oak Sketches, LLC ("Solid Oak"), and Solid Oak consents to this extension.

KIRKLAND & ELLIS LLP

Hon. Laura Taylor Swain
August 23, 2019
Page 2

                                           Sincerely,

                                           Dale M. Cendali, P.C.