# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Dale M. Cendali
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 10, 2019

**Via ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (SDA)

Dear Judge Swain:

We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On September 21, 2018, the Court granted Take-Two's motion to stay pre-trial proceedings (Dkt. 125) until the Court rules on Take-Two's pending motion for summary judgment (Dkt. 127). *See* Dkt. 145 (the "Stay Order"). Pursuant to the Stay Order, the pre-trial conference in this case was adjourned from December 7, 2018 to a control date of May 9, 2019. The Court has adjourned the pre-trial conference twice since the original Stay Order, with the current control date for January 24, 2020. *See* Dkt. 159. As a result, the deadline by which the parties are required to begin filing pre-trial documents currently is December 23, 2019.

As this case is still stayed and in the interest of judicial economy, the parties respectfully and jointly request that the control date and all associated pre-trial deadlines be further adjourned until such time as Take-Two's summary judgment motion is decided. Pursuant to your Honor's Individual Practice 1(F), Take-Two conferred with Plaintiff-Counterdefendant Solid Oak Sketches, LLC ("Solid Oak"), and Solid Oak consents to this extension.

Sincerely,

Dale M. Cendali

cc: Counsel of Record (via ECF)

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.