# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Dale M. Cendali
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

Facsimile:
+1 212 446 4900

MEMO ENDORSED

December 10, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019
```

**Via ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (SDA)

Dear Judge Swain:

We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On September 21, 2018, the Court granted Take-Two's motion to stay pre-trial proceedings (Dkt. 125) until the Court rules on Take-Two's pending motion for summary judgment (Dkt. 127). *See* Dkt. 145 (the "Stay Order"). Pursuant to the Stay Order, the pre-trial conference in this case was adjourned from December 7, 2018 to a control date of May 9, 2019. The Court has adjourned the pre-trial conference twice since the original Stay Order, with the current control date for January 24, 2020. *See* Dkt. 159. As a result, the deadline by which the parties are required to begin filing pre-trial documents currently is December 23, 2019.

As this case is still stayed and in the interest of judicial economy, the parties respectfully and jointly request that the control date and all associated pre-trial deadlines be further adjourned until such time as Take-Two's summary judgment motion is decided. Pursuant to your Honor's Individual Practice 1(F), Take-Two conferred with Plaintiff-Counterdefendant Solid Oak Sketches, LLC ("Solid Oak"), and Solid Oak consents to this extension.

*The final pretrial conference is adjourned to April 24, 2020, at 11:00 AM and the related deadlines are suspended pending further order of the Court. DE #160 resolved.*

Sincerely,

/s/ Dale M. Cendali
Dale M. Cendali

cc: Counsel of Record (via ECF)

SO ORDERED:

/s/ Laura Taylor Swain  12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE