Case 1:16-cv-00724-LTS-SDA  Document 162  Filed 12/17/19  Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-2019

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

**MEMO ENDORSED**

December 17, 2019

**Via ECF**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

                Re:    *Solid Oak Sketches, LLC v. 2K Games, Inc.*, No. 16 Civ. 724 (LTS) (SDA)

Dear Judge Swain:

       We represent Defendants-Counterclaimants 2K Games, Inc. and Take-Two Interactive Software, Inc. (collectively "Take-Two") in the above-referenced litigation. On December 12, 2019, the Court granted the parties' request to further adjourn the final pre-trial conference in this case. Dkt. No. 161. The Court selected April 24, 2020 as the date for that conference. I, however, have a preexisting conflict during the last week of April, during which I will be out of the country for a series of business meetings. As a result, Take-Two respectfully requests that the pre-trial conference be adjourned until May 6, 2020 or until some later date that will be acceptable to the Court. Pursuant to Your Honor's Individual Practice 1(F), Take-Two conferred with Plaintiff-Counterdefendant Solid Oak Sketches, LLC ("Solid Oak"), and Solid Oak consents to this adjournment.

*The conference is adjourned to May 15, 2020, at 11:30 AM.*

Sincerely,

Dale M. Cendali

SO ORDERED:

_____ 12/18/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record (via ECF)